IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 3:15-00040 |
| | ) | Senior Judge Haynes |
| v. | ) ) | |
| THOMAS LEONARD MASSEY, | ) ) | |
| Defendant. | ) | |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of the Court for reassignment to another judge.

It is so **ORDERED**.

ENTERED this the ___ day of May, 2015.

William J. Haynes, Jr.
Senior United States District Judge